1  BENJAMIN B. WAGNER
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
5

FILED

JUN 1 0 2011

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY
                    DEPUTY CLERK

6

7

8

9              IN THE UNITED STATES DISTRICT COURT FOR THE

10                  EASTERN DISTRICT OF CALIFORNIA

11

12  In the Matter of the        )    1:11-SW-00109 DLB
    Search of:                  )
13                              )    ORDER TO UNSEAL SEARCH WARRANT
                                )
14  2001 Chevrolet Tahoe        )
    License #6FER406            )
15                              )
                                )
16  _____)

17       The search warrant in this case has been executed and no

18  longer needs to remain secret, IT IS HEREBY ORDERED that the

19  search warrant be unsealed and made public record.

20  Dated: _6/10/11_____         _____
                                   U.S. Magistrate Judge
21

22

23

24

25

26

27

28